| In re:<br><br>JEFFERY DANIEL ROSS<br>2964 NW MERLOT LANE<br>BEND, OR  97701        Debtor(s). | **CHAPTER 13**<br><br>**Case No.:**8:06-bk-10402-TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orderds do not generate an NEF becasue only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address:

770 THE CITY DR. SOUTH, #8500

ORANGE, CA  92868

A true and correct copy of the foregoing document described <u>FINAL REPORT AND ACCOUNT</u> will be served or was served **(a)**on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u> -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s)("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document . On <u>9/23/2011</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| | |
|---|---|
| Amrane Cohen | efile@ch13ac.com |
| United States Trustee(SA) | ustpregion16.sa.ecf@usdoj.gov |
| GREGORY J DOAN | ecf@doanlaw.com |

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>** (indicate method for each person or entity served)**:**
On <u>9/23/2011</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed anvelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

JEFFERY DANIEL ROSS

2964 NW MERLOT LANE

BEND, OR 97701

**III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR MAIL</u>** (indicate method for each person or entity served)**:** Pursuant to F.R. Civ.P. 5 and/or controlling LBR, on <u>9/23/2011</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 23, 2011 | ADRIANA PATHE | /s/  ADRIANA PATHE |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court  for the Central District of California.

*January 2009*                                                                                                                          **F 9013-3.1**