United States Bankruptcy Court
Central District of California

In re:                                                                          Case No. 06-10402-TA
Jeffery Daniel Ross                                                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8          User: gallenC          Page 1 of 2              Date Rcvd: Sep 28, 2011
                              Form ID: van111       Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2011.
```
db         +Jeffery Daniel Ross,    2964 NW Merlot Lane,    Bend, OR 97701-5296
smg         Franchise Tax Board,    Bankruptcy Section MS: A-340,    P.O. Box 2952,
             Sacramento, CA 95812-2952
cr          eCAST Settlement Corporation,    POB 35480,    Newark, NJ 07193-5480
18569383    Bank of America, N.A. (USA),    NC4-105-03-14,    PO Box 26012,    Greensboro, NC 27420-6012
18550574   +CHASE,   800 BROOKSEDGE BLVD,    WESTERVILLE OH 43081-2822
18550575    CHRYSLER FINANCIAL,    PO BOX 23500,    TIGARD OR 97281
22365184  ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,    P.O. Box 9001897,    Louisville, KY 40290-1897)
18550576   +CITI,   PO BOX 6241,    SIOUX FALLS SD 57117-6241
18550577   +COMPASS PROPERTY MANAGEMENT,    110 W EL PORTAL,    SAN CLEMENTE CA 92672-4632
18589871    Chase Manhattan Bank USA NA,    by eCAST Settlement Corporation,    as its agent,    POB 35480,
             Newark NJ 07193-5480
18608821    Daimler Chrysler Financial Services Americas LLC,    c/o David M Goodrich,
             Cooksey, Toolen, Gage, Duff7 & Woog,    535 Anton Blvd, 10 Fl,    Costa Mesa, CA 92626-1947
18608602    Daimlerchrysler Financial Svcs Americas LLC,    PO Box 2916,,    Milwaukee WI 53201-2916
18550572   +GREGORY J DOAN,    LAW OFFICES OF GREGORY J DOAN,    25401 CABOT ROAD SUITE 119,
             LACUNA HILLS CA 92653-5530
18550570   +JEFFERY DANIEL ROSS,    21984 RAINTREE LANE,    LAKE FOREST CA 92630-5722
18550578   +PROG MGT SYS,    1521 W CAMERON AV FIRST FLOOR,    WEST COVINA CA 91790-2738
18550579    STUDENT LN,    C/O SUNTECH PO BOX 6004,    RIDGELAND MS 39158
18550580  ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
             (address filed with court: US DEPT OF EDUCATION,    501 BLEECKER ST,    UTICA NY 13501)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: itcdbg@edd.ca.gov Sep 29 2011 05:08:52     Employment Development Dept.,
             Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
18657340    E-mail/Text: resurgentbknotifications@resurgent.com Sep 29 2011 05:07:41
             LVNV Funding LLC successors and,    assignee of Citibank NA,    Resurgent Capital Services,
             P O Box 10587,    Greenville, SC 29603-0587
18550571    E-mail/Text: USTPregion16.SA.ECF@USDOJ.GOV Sep 29 2011 05:08:51     US TRUSTEE SA,
             411 WEST FOURTH STREET SUITE 9041,    SANTA ANA CA 92701-8000
18550581    E-mail/Text: vci.bkcy@vwcredit.com Sep 29 2011 05:07:56     VOLKSWAGON CREDIT INC,
             1401 FRANKLIN BLVD,    LIBERTYVILLE IL 60048
18579217    E-mail/Text: vci.bkcy@vwcredit.com Sep 29 2011 05:07:56     VW Credit,    1401 Franklin Boulevard,
             Libertyville Illinois 60048
18577294    E-mail/Text: vci.bkcy@vwcredit.com Sep 29 2011 05:07:56     VW Credit Inc,   c/o Joe M Lozano Jr,
             PO Box 829009,    Dallas, TX 75382-9009
                                                                                              TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Daimlerchrysler Financial Services Americas, LLC
22365185*  ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,    P.O. Box 9001897,    Louisville, KY 40290-1897)
18550573   ##+BANK OF AMERICA,    PO BOX 1598,    NORFOLK VA 23501-1598
                                                                              TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0973-8            User: gallenC              Page 2 of 2              Date Rcvd: Sep 28, 2011
                                Form ID: van111            Total Noticed: 23

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2011**              **Signature:**    *Joseph Speetjens*

# United States Bankruptcy Court
# Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

## NOTICE OF REQUIREMENT TO FILE A DEBTOR'S CERTIFICATION OF COMPLIANCE UNDER 11 U.S.C. §1328(a) AND APPLICATION FOR ENTRY OF DISCHARGE

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>Jeffery Daniel Ross<br>**SSN:** xxx−xx−6887<br>**EIN:** N/A<br><br>2964 NW Merlot Lane<br>Bend, OR 97701 | **BANKRUPTCY NO.** 8:06−bk−10402−TA<br>**CHAPTER** 13 |

**TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY**

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must complete and file Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge before a discharge can be entered in the above−captioned case. This form is available on the court's website at www.cacb.uscourts.gov.

Debtor(s) and /or debtor(s)' attorney is/are further notified that the Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge must be filed within 30 days from the date of this notice. Failure to timely file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the case, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: September 27, 2011

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form dnrotrf rev. 05/06 VAN−111)                                                                                                          **37 / C4**